UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE DONCHISHIN,

    Plaintiffs,

  v.

TESLA, INC.,

    Defendants.

Case No. 20-cv-05154-SI  (SI)

**ORDER OF DISMISSAL UPON SETTLEMENT**

    The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

    IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.

    However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within **120 days** from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

    **IT IS SO ORDERED**.

Dated: October 21, 2020

_____
SUSAN ILLSTON
United States District Judge